UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
AARON MIGDOL,
:
               Plaintiff,        Case No. 11 Civ. 2437 (JSR)
:
   -against-
:
123 WASHINGTON LLC and DEWEY &      **NOTICE OF APPEARANCE**
LEBOEUF, LLP as Escrow Agent,      :

               Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

     PLEASE TAKE NOTICE that Dewey & LeBoeuf LLP, by Staci Yablon, Esq., hereby enters its pro se appearance in this action on behalf of defendant Dewey & LeBoeuf, LLP as Escrow Agent, as counsel of record herein, and requests that copies of all papers in this action be served upon the undersigned at the address stated below.

Dated:    New York, New York
          May 12, 2011

                                DEWEY & LEBOEUF LLP
                                Attorneys Pro Se

                                By:    /s/ Staci Yablon
                                    Staci Yablon
                                1301 Avenue of the Americas
                                New York, New York  10019-6092
                                Telephone:  (212) 259-8000
                                Direct:     (212) 259-6363
                                Facsimile:  (212) 259-6333
                                Email:     syablon@dl.com